Frank Woodson
Navan Ward
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*Samanthia Russell v. G.D. Searle, LLC, et al.*<br>(06-0099 CRB)<br><br>*Todd Tangen v. Pfizer Inc, et al.*<br>(06-7382 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42582875.1

| | | |
|---|---|---|
| 1 | DATED: Nov. 23, 2009 | By: /s/ Navan Wadf |
| 2 | | |
| 3 | | **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.** |
| 4 | | 218 Commerce Street<br>P.O. Box 4160 |
| 5 | | Montgomery, Alabama 36103<br>Telephone: 334-269-2343<br>Facsimile: 334-954-7555 |
| 6 | | |
| 7 | | *Attorneys for Plaintiffs* |
| 8 | DATED: Nov. 23, 2009 | By: /s/ |
| 9 | | |
| 10 | | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 11 | | New York, New York 10020<br>Telephone: 212-335-4500 |
| 12 | | Facsimile: 212-335-4501 |
| 13 | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Charles R. Breyer
United States District Court

-2-